UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of DISCOVERY CHARTERS, INC., as owner of the vessel *CHUBASCO* for Exoneration From or Limitation of Liability in relation to June 22, 2018 incident | Case No. 3:19-cv-02423-MMC<br><br>**Admiralty - Maritime Claim**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF-IN-LIMITATION'S MOTION FOR EXONERATION AND DEFAULT JUDGMENT AGAINST ALL NON-APPEARING CLAIMANTS**<br><br>~~**Date:** November 8, 2019~~<br>~~**Time:** 9:00 a.m.~~<br>**Courtroom:** 7 - 19th Floor<br>**Judge:** Maxine M. Chesney |

Plaintiff-in-Limitation's Motion for an exoneration from liability and default judgment against all non-appearing claimants came ~~on for hearing~~ before the Honorable Maxine Chesney ~~on November 8, 2019,~~ in the above-entitled Court.

Having read and considered Plaintiff-in-Limitation's Motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for November 8, 2019, and hereby rules as follows.

---

The Court finds that no claims were made in response to Plaintiff-in-Limitation's complaint for exoneration from and/or limitation of liability within the time period set forth by the Court. The Court finds that any potential claims by Lisa Clever have been settled, and a notice of settlement was filed on August 6, 2019. Therefore, there are no remaining legally cognizable claims contesting Plaintiff-in-Limitation's right to exoneration from liability. Thus, the Court finds that DISCOVERY CHARTERS, INC., as owner of the vessel CHUBASCO, is entitled to judgment as a matter of law.

The Court further finds that any claims against Plaintiff-in-Limitation are neither permissible nor necessary. The Court further finds that pursuant to F.R.C.P. Rule 55(b) that entry of default judgment is appropriate as against All Non-Appearing Claimants.

**IT IS HEREBY ORDERED, JUDGED, AND DECREED AS FOLLOWS:**

Plaintiff-in-Limitation's Motion for exoneration from liability and default judgment is granted; and

(1) Plaintiff in limitation shall have judgment in its favor as to All Non-Appearing Claimants further to the Clerk's earlier entry of default; and

(2) Plaintiff-in-Limitation is exonerated from any and all claims, losses, and/or injuries that occurred as a result of the incident on or about June 22, 2018; and

(3) The Clerk is directed to enter judgment in accordance herewith.

Dated: October 7, 2019

Hon. Maxine M. Chesney
U.S. District Court Judge
Northern District of California